UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JASON MENCY, | ) | Case No. CV 07-4217-ABC(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES YATES, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: _June 10, 2008_

_____
Audrey B. Collins
United States District Judge